**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Respondent/Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:02-CR-0235-H (02)** |
| | ) | **No. 3:06-CV-1365-H** |
| **JACK KENNETH BOYD, ID # 28498-177,** | ) | **ECF** |
| **Movant/Defendant.** | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Movant's Objections to the Magistrate's Findings, Conclusions, and Recommendation, filed on March 15, 2007, are OVERRULED.

SO ORDERED.

SIGNED this 23rd day of March, 2007.

**BAREFOOT SANDERS, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**